IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TOPCON POSITIONING SYSTEMS, INC.,<br><br>*Defendant*. | CASE NO.: 5:19-cv-03036<br><br>**[PROPOSED]** **ORDER TO DISMISS CASE WITHOUT PREJUDICE** |

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims against Defendant are dismissed WITH PREJUDICE and Defendant's counterclaims against Plaintiff are dismissed WITHOUT PREJUDICE, wholly dismissing the instant action, *Symbology Innovations LLC v. Topcon Positioning Systems, Inc.*, Case No. 5:19-cv-03036, with each party to bear its own attorneys' fees and costs.

It is SO ORDERED.

Dated: 9/16/2019

_____
United Stated District Judge

ORDER OF DISMISSAL
3:19-cv-03036